**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00874-CV

### HASSAN PARSA, Appellant

### V.

### VINCENT WALKER, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11870**

## ORDER

We **GRANT** appellant's May 18, 2015 second motion for an extension of time to file a brief. Appellant shall file a brief by **JUNE 15, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE